846

No. 73, Misc. GARNER v. MURPHY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 76, Misc. CHEESEBORO v. WARDEN, MARYLAND PENITENTIARY, ET AL. Court of Appeals of Maryland. Certiorari denied.

No. 77, Misc. ALLEN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 78, Misc. DELANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General Cox, Assistant Attorney General Marshall, Beatrice Rosenberg and Felicia Dubrovsky for the United States.

No. 80, Misc. BUONO v. KENTON, WARDEN. C. A. 2d Cir. Certiorari denied. *Macgregor Kilpatrick, Richard W. Kahl* and *Stanley D. Josephson* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 81, Misc. DENNIS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 84, Misc. HORN v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 98, Misc. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and Kirby W. Patterson for the United States.